# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DEMETRIO RAMIREZ-TORRES
Reg. #71076-079                                                                                            PLAINTIFF

V.                          2:12CV00218 SWW/JTR

T.C. OUTLAW, Former Warden;
and JOHN DOES, unknown Medical Staff,
FCI-Forrest City                                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, this case is DISMISSED WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 12th day of December, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE